AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Highsmith, Shelby | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>04/24/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address<br><br>Federal Justice Building<br>99 N.E. 4th Street, Room 1027<br>Miami, FL 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2006 MAY -8 P 12:35

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Highsmith, Shelby | 04/24/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Highsmith, Shelby | 04/24/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Highsmith, Shelby | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Coconut Grove Bank | B | Interest | L | T | | | | | |
| 2. First Nat'l of So. Miami | A | Interest | J | T | | | | | |
| 3. Ameren Common Stock | A | Dividend | J | T | | | | | |
| 4. Prudential Ins. Annuity | D | Interest | N | T | | | | | |
| 5. Mineral Interest Acreage Milton, FL | A | Royalty | J | S | | | | | |
| 6. Fidelity Investments Annuity | A | Interest | M | T | | | | | |
| 7. Fidelity Investments Municipal Income Fund | C | Dividend | L | T | | | | | See Note 1 |
| 8. Vanguard Tax Managed Growth Fund | A | Dividend | | | Exchange | 4/5 | K | A | |
| 9. Vanguard Windsor II | | | | | Exchange | 4/5 | K | A | |
| 10. Fidelity IRA Puritan Fund | B | Dividend | K | T | | | | | |
| 11. Fidelity Investment IRRA | E | Dividend | P1 | T | | | | | |
| 12. -Boeing Common Stock | | | | | | | | | |
| 13. -Exxon Mobil Common Stock | | | | | | | | | |
| 14. -Scana Corp. | | | | | | | | | |
| 15. -American Balanced Fund | | | | | | | | | |
| 16. -Applied Materials Common Stock | | | | | | | | | |
| 17. -Sun Microsystems common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Highsmith, Shelby | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Aim Blue Chip Fund | | | | | Sell | 3/16 | L | E | |
| 19. -Corning Common Stock | | | | | | | | | |
| 20. -I.C.G.E. Common Stock | | | | | | | | | |
| 21. -Time Warner Common Stock | | | | | | | | | |
| 22. -Caterpillar Common Stock | | | | | | | | | |
| 23. -DuPont Common Stock | | | | | | | | | |
| 24. -Altria Common Stock | | | | | | | | | |
| 25. -AT&T Common Stock | | | | | | | | | See Note 2 |
| 26. -Merck Common Stock | | | | | Sell | 8/26 | J | A | |
| 27. -Monsanto Common Stock | | | | | | | | | |
| 28. -Medco Common Stock | | | | | | | | | |
| 29. -Pfizer Common Stock | | | | | | | | | |
| 30. -Vanguard Equity Index | | | | | | | | | |
| 31. -Fidelity Freedom Income Fund | | | | | | | | | |
| 32. -Fidelity Cash Reserves | | | | | | | | | |
| 33. UBS Paine Webber American Classic Gold | C | Interest | K | T | | | | | |
| 34. Honeywell Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Highsmith, Shelby | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 36. Nestle A.D.R. | A | Dividend | K | T | | | | | |
| 37. Fidelity Fla. Muni Fund | B | Dividend | K | T | | | | | |
| 38. Fidelity Low Priced Stock Fund | B | Dividend | K | T | | | | | |
| 39. Fidelity Puritan | B | Dividend | K | T | | | | | |
| 40. Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 41. Federal Home Loan Mortgage Notes | A | Interest | | | Called | 5/16 | K | | |
| 42. Fidelity Investment Annuity | | | M | T | | | | | |
| 43. Prudential Financial Common Stock | A | Dividend | L | T | | | | | |
| 44. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 45. Lennar Corp Common Stock | A | Dividend | K | T | | | | | |
| 46. Lockheed Martin Common Stock | A | Dividend | J | T | | | | | |
| 47. Ebay Common Stock | | | J | T | | | | | |
| 48. Apple Common Stock | | | J | T | Buy | 2/24 | J | | |
| 49. Berkshire Hathaway B | | | J | T | Buy | 6/24 | J | | |
| 50. FPL Group Common Stock | A | Dividend | J | T | Buy | 11/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Highsmith, Shelby | 04/24/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Sec. VII, Item 7  Effective 8/15/05 "SPARTAN" was dropped from name of fund.

2. Sec. VII, Item 25  Name Change from SBC to AT&T effective 11/21/05.

3. Sec. VII, Item 37  Effective 8/15/05, "SPARTAN" dropped from name.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date__4/27/06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544